THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TRAX RETAIL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PENSA SYSTEMS, INC., <br><br> Defendant. | § § § § § § § § § § § <br><br> Case No.: 1:25-cv-1458-ADA <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO SUBSTITUTE PARTIES AND CORRECT CASE CAPTION**

Pursuant to Federal Rule of Civil Procedure 17(a)(3) and the Western District of Texas Local Rule 7(d), Plaintiff Trax Retail, Inc. ("Trax Retail" or "Plaintiff") files this Unopposed Motion for Leave to Amend the Complaint to Substitute Parties and Correct the Case Caption ("Motion for Leave") and states as follows:

On September 9, 2025, Trax Retail filed a Complaint against Pensa. Dkt. 1. On September 26, 2025, Pensa filed a Motion to Dismiss. Dkt. 13. Pensa's Motion to Dismiss did not identify any issues regarding ownership of asserted U.S. Patent No. 12,154,459 ("the '459 Patent") or Trax Retail's standing to pursue the claims set forth in its Complaint. On October 17, 2025, Trax Retail filed an Amended Complaint. Dkt. 17. On November 19, 2025, Pensa filed its Answer to the Amended Complaint and Counterclaims ("Answer") against Trax Retail. Dkt. 25. In its Answer, Pensa asserted (for the first time) an affirmative defense for lack of standing based on the allegation that a different entity—Trax Technology Solutions Pte Ltd. ("Trax Technology")—is the actual owner by assignment of the '459 Patent. *See* Dkt. 25 at ¶¶ 123-125.

Trax Retail promptly investigated the standing allegations in Pensa's Answer and determined that Trax Technology is, in fact, the owner by assignment of the '459 Patent and that

1

Trax Retail was incorrectly named as the Plaintiff in this action. The misjoinder of Trax Retail was an inadvertent error.

On December 1, 2025, counsel for Trax Retail confirmed with Pensa that Trax Retail was inadvertently named as the Plaintiff. On December 3, 2025, the Parties met and conferred regarding, among other things, the substitution of Trax Technology in place of Trax Retail. On December 12, 2025, Pensa confirmed that it would not oppose this Motion for Leave as the parties agree that Trax Technology Solutions Pte Ltd. is the real party in interest and should be substituted as the Plaintiff in this action. Substitution of Trax Technology is appropriate under at least Federal Rule of Civil Procedure 17(a)(3). Trax Retail has acted diligently in bringing this Motion for Leave and good cause exists to grant the relief sought herein.

Accordingly, Plaintiff respectfully seeks an order:

(1) granting the Motion for Leave;

(2) substituting Trax Technology as the Plaintiff in this litigation and correcting the case caption to reflect the same;

(3) deeming as filed the Second Amended Complaint attached hereto as Exhibit 1[1]; and

(4) granting Defendant Pensa 14 days to file an Amended Answer, to the extent necessary to address any of the changes set forth in the Second Amended Complaint.[2]

---

[1] A redlined copy of the Second Amended Complaint is attached hereto as Exhibit 2.

[2] The parties have respectively agreed to limit changes to the Second Amended Complaint and Answer thereto to addressing the non-substantive issues raised by the substitution.

2

Dated:  December 15, 2025                                By: */s/ Tiffany M. Cooke*

                                                         Tiffany Cooke
                                                         HAYNES AND BOONE, LLP
                                                         2801 North Harwood Street, Suite 2300
                                                         Dallas, TX 75201
                                                         (214) 651-5000
                                                         Tiffany.cooke@haynesboone.com

                                                         Robert P. Ziemian
                                                         Ian R. Rainey
                                                         HAYNES AND BOONE, LLP
                                                         675 15th Street, Suite 2200
                                                         Denver, CO 80202
                                                         (303) 382-6200

                                                         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, a true and correct copy of the foregoing was served via the CM/ECF notification system on all counsel of record.

                                                         /s/  *Tiffany M. Cooke*
                                                            Tiffany M. Cooke

4

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel has complied with the meet-and-confer requirements of Local Rule CV-7. Counsel for both parties discussed the motion via e-mail, and Pensa does not oppose the relief sought herein.

/s/ *Tiffany M. Cooke*
Tiffany M. Cooke