**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| TRAX RETAIL, INC., § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> PENSA SYSTEMS, INC., § <br> § <br> Defendant. § | Case No.: 1:25-cv-1458-ADA <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO SUBSTITUTE PARTIES AND CORRECT CASE CAPTION**

Before the Court is Plaintiff Trax Retail, Inc.'s ("Trax Retail") Unopposed Motion for Leave to Substitute Parties and Correct the Case Caption (the "Motion for Leave"). Having considered the Motion for Leave and the record, the Court finds good cause to grant the relief sought via the Motion for Leave. It is hereby **ORDERED** that:

(1) The Motion for Leave is **GRANTED**;

(2) Trax Technology Solutions Pte Ltd. is substituted as the Plaintiff in this lawsuit and Trax Retail, Inc. is dismissed;

(3) The Clerk shall **FILE** and **DOCKET** the Second Amended Complaint submitted as Exhibit 1 to the Motion for Leave effective as of the date of this Order; and

(4) Defendant Pensa has 14 days from the date of this Order to file an Amended Answer to address any non-substantive issues raised by the substitution.

IT IS SO ORDERED.

_____        _____
Date                                                                     United States District Judge