IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TRAX TECHNOLOGY SOLUTIONS PTE LTD.,<br><br>        Plaintiff,<br><br>vs.<br><br>PENSA SYSTEMS, INC.,<br><br>        Defendant. | § § § § § § § § § § § | Case No.: 1:25-cv-1458-ADA<br><br>**JURY TRIAL DEMANDED** |

# JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Scheduling Order (Dkt. 24), Plaintiff Trax Technology Solutions PTE Ltd. ("Trax") and Pensa Systems, Inc. ("Pensa") hereby submit their Joint Claim Construction Statement in the attached Exhibit A.

Dated: March 11, 2026

By: */s/ Tiffany M. Cooke*

Tiffany Cooke
Tiffany.cooke@haynesboone.com
HAYNES AND BOONE, LLP
2801 North Harwood Street, Suite 2300
Dallas, TX 75201
(214) 651-5000

Ian R. Rainey
HAYNES AND BOONE, LLP
675 15th Street, Suite 2200
Denver, CO 80202
(303) 382-6200

*Attorneys for Plaintiff*

Respectfully submitted,

By:  *Alexander R. Miller*

Christopher D. Mays (CA State Bar No. 266510) (pro hac vice pending)
cmays@wsgr.com
James C. Yoon (CA State Bar No. 177155)
jyoon@wsgr.com
Alexander R. Miller (CA State Bar No. 347827) (pro hac vice pending)
alex.miller@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendant*

**Joint Claim Construction Statement**  1

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026, a true and correct copy of the foregoing was served via the CM/ECF notification system on all counsel of record.

/s/ *Tiffany M. Cooke*
Tiffany M. Cooke

## EXHIBIT A – Joint Claim Construction Statement

| Claim Term | Trax's Proposed Construction | Pensa's Proposed Construction | Proposing Party |
|---|---|---|---|
| "in the retail store"<br><br>Claims 1, 18, and 19. | A "retail store" is "an establishment offering products for sale by direct selection by customers physically or virtually shopping within the establishment." | | Joint |
| "training example images and product type availabilities associated with the training example images"<br><br>Claims 1, 18, and 19. | Plain and ordinary meaning/no construction required. | "the machine learning training data includes both images of retail store products and a label indicating whether products of the selected product type are available" | Pensa |
| "using the determined at least one position associated with the particular product type to select a region of an electronic visual display"<br><br>Claims 1, 18, and 19. | Plain and ordinary meaning/no construction required. | "using the product type's determined position to select a region corresponding to that position" | Pensa |
| "based on the determination of whether products of the particular product type are available at the first point in time and the determination of whether products of the particular product type are available at the second point in time, selecting at least one display parameter for a particular item"<br><br>Claims 1, 18, and 19. | Plain and ordinary meaning/no construction required. | "product availability at both points in time must be used for selection of a display parameter" | Pensa |

| Claim Term | Trax's Proposed Construction | Pensa's Proposed Construction | Proposing Party |
|---|---|---|---|
| "a personal device of a store associate"<br><br>Claim 13. | Plain and ordinary meaning/no construction required;<br><br>alternatively, "an electronic device that is made or designed to be used by one store associate at a time" | "an electronic device that is worn or carried by one store associate at a given time" | Pensa |

**EXHIBIT A – Joint Claim Construction Statement** 2